**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hector V.,                                                  Civil No. 21-1284 (PJS/BRT)

                Petitioner,

v.                                                                              **ORDER**

Merrick B. Garland, Acting Attorney
General, Department of Justice; Alejandro
Mayorkas, Secretary, Department of
Homeland Security; Tae D. Johnson,
Acting Director, Immigration and
Customs Enforcement; Marcos Charles,
Director, St. Paul Field Office,
Immigration and Customs Enforcement;
and Joel Brott, Sheriff, Sherburne County
Jail,

                Respondents.

---

Hector V., petitioner pro se.

Ana H, Voss and Andrew Tweeten, United States Attorney's Office, for respondents
Merrick B. Garland, Alejandro Mayorkas, Tae D. Johnson, and Marcos Charles.

_____

        The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Becky R. Thorson dated September 3, 2021. No

objections have been filed to that Report and Recommendation in the time period

permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of

the files, records, and proceedings herein, the Court now makes and enters the following

Order.

**IT IS HEREBY ORDERED** that:

1.      The petition for a writ of habeas corpus of petitioner Hector V. (Doc. No.

1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 5, 2021

                                              PATRICK J. SCHILTZ
                                              United States District Judge